STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CW 03-1261 consolidated with CA 03-1536

SUTTON STEEL & SUPPLY, INC., ET AL.

VERSUS

BELLSOUTH MOBILITY, INC., ET AL.

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NUMBER 91421
HONORABLE GERARD B. WATTIGNY, DISTRICT JUDGE

**********

BILLIE COLOMBARO WOODARD
JUDGE

**********

Court composed of John D. Saunders, Billie Colombaro Woodard, and Michael G. Sullivan, Judges.

WRIT DENIED.

Jonathan B. Andry
The Andry Law Firm, L.L.C.
610 Baronne Street
New Orleans, Louisiana 70113
(504) 586-8899
Counsel for Plaintiff/Respondent:
    Kate Davis
    Sutton Steel & Supply, Inc.
    Rachel Maddox

Lionel H. Sutton, III
The Sutton Law Firm
610 Baronne Street
New Orleans, Louisiana 70113
(504) 586-8899
Counsel for Plaintiffs/Appellees:
    Kate Davis
    Sutton Steel & Supply, Inc.
    Rachel Maddox

Bob F. Wright
James P. Roy
Domengeaux & Wright
556 Jefferson Street, Suite 500
Lafayette, LA 70501
(337) 233-3033
Counsel for Plaintiffs/Appellees:
    Sutton Steel & Supply, Inc.
    Rachel Maddox
    Kate Davis

Peter Butler, Sr.
Peter Butler, Jr.
Breazeale, Sachse & Wilson
Post Office Box 3197
Baton Rouge, Louisiana 70821
(225) 987-4000
Counsel for Plaintiffs/Appellees:
    Sutton Steel & Supply, Inc.
    Rachel Maddox
    Kate Davis

Gary J. Russo
Camille Bienvenu Poché
Perret, Doise, ALPC
600 Jefferson Street, Suite 1200
Lafayette, LA 70502-3408
(337) 262-9000
Counsel for Defendant/Appellant:
      BellSouth Mobility, Inc.

Seamus C. Duffy
William M. Connolly
Mary Catherine Roper
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania  19103-6996
(610) 988-2700
Counsel for Defendant/Appellant:
      BellSouth Mobility, Inc.

Dr. Saul Litvinoff
Boyd Professor of Law
Paul M. Hebert Law Center
Louisiana State University
Baton Rouge, Louisiana 70803-1000
(225) 388-1126
Counsel for Defendant/Appellant:
      BellSouth Mobility, Inc.

Harry T. Lemmon
650 Poydras Street, Suite 2335
New Orleans, Louisiana 70130
(504) 581-5644
Counsel for Defendant/Appellant:
      BellSouth Mobility, Inc.

Edward H. Bergin
Jones, Walker, Waechter, Poitevent
Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana70170-5100
(504) 582-8000
Counsel for Defendant/Appellant:
      Nextel Operations, Inc.

Gregory G. Duplantis
Gordon , Arata, McCollum, Duplantis
& Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
(337) 582-1111
Counsel for Defendant/Appellant:
      Nextel Operations, Inc.

Alberta Louise Adams
Krebs, Farley & Pelleteri, L.L.C.
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
(504) 299-3570
Counsel for Defendant/Appellant:
      Nextel Operations, Inc.

WOODARD, Judge.

For the reasons assigned this day in *Sutton Steel & Supply Inc. v. BellSouth Mobility, Inc.*, 03-1536 (La.App. 3 Cir. __/__/04), ___So.2d ___, we deny BellSouth's application for a supervisory writ.

**WRIT DENIED.**